IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-00250-04-CR-W-HFS |
| | ) | |
| ELIAS CONTRERAS-BARRERA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

A motion to suppress is pending, along with a recommendation to deny the motion. No opposition has been filed to the report and recommendation. I have, however, reviewed the record and the report and agree with the report and recommendation. After independent review, therefore, it is hereby ORDERED that the report and recommendation of Magistrate Hays is accepted and the motion to suppress (Doc. 110) is hereby denied.

    /s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

July 1, 2008

Kansas City, Missouri